```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-00160-KJM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JOHN KRIVOKAPICH, | |
| Defendant. | |

WHEREAS, on or about June 22, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant John Krivokapich, forfeiting to the United States the following property:

    a)   One Dell Inspiron 1501, service tag CD5G6D1;

    b)   One Seagate 80 GB hard drive, serial number 5LY6J1ES;

    c)   One Dell Inspiron, service tag BT1Z4D1; and

    d)   One Toshiba 80 GB hard drive, serial number 57PBT946T.

AND WHEREAS, beginning on June 23, 2011, for at least 30 consecutive days, the United States published notice of the

Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of John Krivokapich.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 11th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE